

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00162-CR

**IN RE** Kevin **DEBNAM**

Original Mandamus Proceeding[1]

**ORDER**

On March 13, 2020, relator filed a pro se petition for writ of mandamus and a motion for leave to file his petition for writ of mandamus. We deny as moot relator's request to file a petition for writ of mandamus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 25, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2019CR6484, 2019CR6485, 2019CR6494, & 2019CR6495, styled *The State of Texas v. Kevin Debnam*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Stephanie R. Boyd presiding.